JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV-10-1543-JST (DTBx)          Date: November 16, 2010
Title: HSBC Bank USA, et al. v. Juan M. Ortega, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                         Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO THE RIVERSIDE COUNTY SUPERIOR COURT, CASE NO. INC 10003312**

      On October 26, 2010, the Court ordered the Defendants to show cause in writing by November 8, 2010, as to why this case should not be remanded for lack of subject matter jurisdiction. (Doc. 9.) To date, the Court has not received a response from Defendants; therefore, the Court REMANDS this case to the Riverside County Superior Court, Case No. INC 10003312.

                                                      Initials of Preparer: enm